# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146125

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

                                                            SC:  146125
                                                            COA:  309183
                                                            Muskegon CC:  10-059331-FH

JOSEPH FRANK HERSHEY,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 14, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, for consideration, as on leave granted, of whether OV 16 (property obtained, damaged, lost, or destroyed) and OV 19 (interference with the administration of justice) were correctly scored and whether the defendant, by failing to object to the scoring of these offense variables at sentencing, forfeited or waived any scoring errors.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                          _____
                                                                  Clerk

s0225